UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN



UNITED STATES OF AMERICA,

    Plaintiff,

v.

HARVEY J. GOLDSTEIN,

    Defendant.

Case No. 14-CR-163

[18 U.S.C. § 1001]

**Green Bay Division**

---

## INFORMATION

---

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES:**

1. On August 15, 2013, in the State and Eastern District of Wisconsin, in a matter within the jurisdiction of the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), an agency of the executive branch of the Government of the United States,

**HARVEY J. GOLDSTEIN**

knowingly and willfully made a materially false, fictitious, and fraudulent statement.

2. Specifically, as part of a federal criminal investigation into the arson of a building located in Brown County, Wisconsin, Goldstein was interviewed by an ATF special agent. One of the issues material to that investigation was whether Goldstein knew about the arson and the fraudulent attempt to collect insurance proceeds thereafter.

1

3. During the interview, Goldstein falsely denied knowing about the arson, when in fact, Goldstein had knowledge of the arson prior to submitting false and fictitious proof of loss statements to the insurance companies.

All in violation of Title 18, United States Code, Section 1001(a)(2).

_____  Dated: 8/13/14

JAMES L. SANTELLE
United States Attorney