UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                         Case No. 14-C-163

HARVEY J. GOLDSTEIN,

    Defendant.

## ORDER

Defendant's motion to adjourn the change of plea hearing is granted due to the medical condition described in counsel's letter of November 11, 2014. The Clerk is directed to reschedule the hearing for a date within the next ten days. Any further adjournments will require documentation by a physician or healthcare professional.

SO ORDERED this   12th   day of November, 2014.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach, Chief Judge
                                                      United States District Court